| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pfaelzer, Mariana R | Central District of California | 04/24/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination,    Date <br> ☐ Initial    ☒ Annual    ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court <br> 312 North Spring Streeet <br> Los Angeles, CA 90012 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | Norton Simon Museum |
| 2. Trustee | Trust #1 |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 04/24/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | SECTION NOT APPLICABLE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 04/24/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank IRA (CDS) | C | Interest | M | T | | | | | |
| 2. | E | Distribution | | | | | | | See Section VIII |
| 3. Wells Fargo Checking | A | Interest | M | T | | | | | |
| 4. Wells Fargo IRA #1 (U.S. Treasury Notes) | G | Interest | P1 | T | | | | | |
| 5. | G | Distribution | | | | | | | See Section VIII |
| 6. Wells Fargo Custody Account #1 | | | | | | | | | |
| 7. - Zenith National Insurance Co. Common Stock | C | Dividend | M | T | Partial Sale | 10/17 | J | A | |
| 8. - Shares Wells Fargo CA Tax-Free Money Mkt Fund | D | Dividend | M | T | | | | | |
| 9. - CA Health Facs Fing Auth Bonds 6% 7/1/06 | D | Interest | N | T | | | | | |
| 10. - Equity Office Properties Trust Common Stock | A | Dividend | J | T | | | | | |
| 11. - Calif. State Bond 5% 3/1/09 | C | Interest | M | T | | | | | |
| 12. - CA St Gen Oblig Bond 4/6% 9/1/06 | C | Interest | M | T | | | | | |
| 13. - CA St Pub Works Bd Energy Efi Rev 5.15% 9/1/07 | B | Interest | L | T | | | | | |
| 14. - CA St Water Resources Bond 3.5% 3/1/07 | C | Interest | M | T | | | | | |
| 15. - Fresno CA Sch Dist Bond 4.5% 5/1/10 | B | Interest | L | T | | | | | |
| 16. - US Treasury Note 2.00% 5/15/06 | D | Interest | N | T | | | | | |
| 17. - US Treasury Note 2.375% 8/15/06 | D | Interest | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - US Treasury Note 1.625% 3/31/05 | C | Interest | N | T | Redemption | 3/31 | N | A | |
| 19. - US Treasury Note 1.625% 4/30/05 | B | Interest | N | T | Redemption | 4/30 | N | A | |
| 20. - CA St Gen Oblig Bond 7.20% 5/1/06 | C | Interest | M | T | | | | | |
| 21. - CA St Pub Wks Bd Lease Rev Ser A Bond 6% 1/1/06 | D | Interest | N | T | | | | | |
| 22. - US Treasury Note 2.75% 8/15/07 | D | Interest | N | T | | | | | |
| 23. - US Treasury Note 2% 8/31/05 | C | Interest | M | T | Redemption | 8/31 | M | A | |
| 24. - CA St Gen Oblig Bond 4.25% 11/1/06 | B | Interest | M | T | | | | | |
| 25. - CA St Gen Oblig Bond 5% 11/1/07 | D | Interest | N | T | | | | | |
| 26. - New Haven CA Uni Sch Dist 3% 7/12/05 | D | Interest | N | T | Redemption | 7/12 | N | A | |
| 27. - Ravenswood CA City Sch Dist 2% 7/5/05 | C | Interest | M | T | Redemption | 7/05 | M | A | |
| 28. - Santa Barbara CA Schs Fing 3% 6/30/05 | C | Interest | N | T | Redemption | 6/30 | M | A | |
| 29. - US Treasury Note 3.125% 5/15/07 | D | Interest | N | T | Buy | 2/4 | N | | |
| 30. - US Treasury Note 2.875% 11/30/06 | D | Interest | N | T | Buy | 2/4 | N | | |
| 31. - US Treasury Note 3.125% 1/31/07 | C | Interest | N | T | Buy | 1/31 | N | | |
| 32. - US Treasury Note 3.375% 2/15/08 | D | Interest | N | T | Buy | 2/15 | N | | |
| 33. - US Treasury Note 3.75% 5/15/08 | B | Interest | M | T | Buy | 9/15 | M | | |
| 34. - US Treasury Note 3.25% 8/15/07 | A | Interest | M | T | Buy | 8/4 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - US Treasury Note 3.25% 8/15/08 | A | Interest | N | T | Buy | 7/14 | N | | |
| 36. - US Treasury Note 3.375% 12/15/08 | B | Interest | L | T | Buy | 8/19 | L | | |
| 37. - US Treasury Note 5.5% 2/15/08 | | None | M | T | Buy | 10/27 | M | | |
| 38. - US Treasury Note 3.375% 11/15/08 | B | Interest | M | T | Buy | 9/28 | M | | |
| 39. - US Treasury Note 2.25% 4/30/06 | C | Interest | M | T | Buy | 1/28 | M | | |
| 40. - US Treasury Note 3% 11/15/07 | B | Interest | M | T | Buy | 8/4 | M | | |
| 41. - CA St 4.75% 6/1/07 | C | Interest | M | T | Buy | 2/8 | M | | |
| 42. - CA St 5% 2/1/09 | | None | M | T | Buy | 9/15 | M | | |
| 43. - CA St 5% 10/1/07 | A | Interest | M | T | Buy | 6/30 | M | | |
| 44. - CA 4% 2/1/08 | B | Interest | N | T | Buy | 2/8 | N | | |
| 45. - CA St 6.3% 10/1/07 | A | Interest | N | T | Buy | 6/30 | N | | |
| 46. - CA St 6.4% 9/1/07 | | None | M | T | Buy | 5/6 | M | | |
| 47. - CA St 5.5% 10/1/07 | | None | M | T | Buy | 7/26 | M | | |
| 48. - CA St 4% 12/01/08 | A | Interest | L | T | Buy | 7/28 | L | | |
| 49. - CA St 5% 3/1/09 | | None | M | T | Buy | 9/20 | M | | |
| 50. - CA St 4.75% 5/1/08 | A | Interest | M | T | Buy | 7/14 | M | | |
| 51. - CA St Economic 5% 7/1/23 | | None | N | T | Buy | 6/30 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - CA St Economic Recovery 5% 7/1/07 | | None | N | T | Buy | 2/10 | N | | |
| 53. - CA St Economic Recovery 5% 1/1/08 | | None | N | T | Buy | 2/16 | N | | |
| 54. - CA St Economic Recovery 5% 7/1/23 | | None | M | T | Buy | 6/30 | M | | |
| 55. - CA St Economic Recovery 3% 7/1/23 | | None | L | T | Buy | 6/1 | M | | |
| 56. - CA St Economic Recovery 3.5% 7/1/23 | | None | N | T | Buy | 12/27 | N | | |
| 57. - Ca St Pub Wks Brd Lease Dept Corr. 5.2% 12/1/07 | A | Interest | L | T | Buy | 4/12 | L | | |
| 58. - CA St Ref 5% 10/1/08 | A | Interest | M | T | Buy | 7/15 | M | | |
| 59. - CA St 6.5% 10/1/08 | | None | M | T | Buy | 7/18 | M | | |
| 60. - CA St 6.25% 9/1/07 | | None | M | T | Buy | 7/15 | M | | |
| 61. - Ca St MBIA IBC 5.25% 11/01/08 | A | Interest | M | T | Buy | 7/27 | M | | |
| 62. - Sacramento, CA Power Auth Cogen. Prog 4% 7/1/08 | | None | M | T | Buy | 4/20 | M | | |
| 63. - CA St 6.1% 10/1/09 | | None | M | T | Buy | 12/28 | M | | |
| 64. - CA St Rev Antic Nts 6/30/05 | D | Interest | | | Buy | 1/26 | P1 | | |
| 65. | | | | | Redemption | 6/30 | P1 | A | |
| 66. 2010 Reservoir RD Investors LLC | B | Rent | L | U | | | | | |
| 67. | A | Distribution | | | | | | | See Section VIII |
| 68. | A | Interest | | | | | | | See Section VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo Checking #2 "Construction Account" | C | Dividend | M | T | | | | | |
| 70. Trust #1 | | | | | | | | | |
| 71. - Shares Wells Fargo Govt Money Market Fund | B | Dividend | K | T | | | | | |
| 72. - Fed Home Loan Bank bond 8/20/08 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. page 4, #2    Distribution from #1.
VII. page 4, #5    Distribution from #4
VII. page 7, #67   Distribution from #65.
VII. page 7, #68   Interest Income from #65.

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 04/24/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat                                                                                   Date _May 11, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544